393 A.2d 1271

Baldwin et ux. et al. v. Safeguard Company et al., Appellants. (three cases).

Argued April 13, 1978.  Stanley W. Greenfield, for appellants at No. 133, and appellees at No. 139;  Alan Frank, for appellant at No. 139, and appellees at No. 161;  Robert J. Amelio, for appellants at No. 161, and appellees at No. 133.

Decree affirmed.